BRYAN T. DAKE
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: 406-657-6101
Fax: 406-657-6058
Email: Bryan.Dake@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
APR 2 1 2022
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BOBBY WAYNE BIXBY, Defendant. | CR 22-38-BLG-SPW<br><br>INDICTMENT<br><br>ASSAULT RESULTING IN SERIOUS BODILY INJURY<br>(Counts I and II)<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(6)<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about September 4, 2021, near Ashland, in Rosebud County, in the State and District of Montana, and on and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the defendant,

BOBBY WAYNE BIXBY, an Indian person, willfully and recklessly assaulted Jane Doe 1 resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6).

## COUNT II

That on or about September 4, 2021, near Ashland, in Rosebud County, in the State and District of Montana, and on and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the defendant, BOBBY WAYNE BIXBY, an Indian person, willfully and recklessly assaulted Jane Doe 2 resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
LEIF M. JOHNSON
United States Attorney

_____
/for JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

5/19/2022; 9:00 a.m.
TJC/Blgs

Crim. Summons: _____

Warrant: _____

Bail: _____

2